UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JUDITH OXLEY, DAVID WILLIS,
KAYLA OXLEY, BRANDON OXLEY,
And CHRISTIAN HALLEY, by and through
their next friend, JUDITH OXLEY,

       Plaintiffs,

v.                                 CASE NO. 05-72982
                                 HON. PATRICK J. DUGGAN

RIVERA, J. MEREDITH, OLIVER, O'HARA, HANCOCK,
JACKSON, MATTHEWS, G. HOWARD, and other unnamed officers,
in their individual and official capacities,
       Defendants.
_____/
LAW OFFICE OF TRAINOR & TOOMBS
BY:  CHRISTOPHER J. TRAINOR (P42449)
Attorney for Plaintiffs
6557 Highland Road, Suite 105
Waterford, MI  48327
(248) 886-8650
_____/

## VOLUNTARY DISMISSAL WITHOUT PREJUDICE

      At a session of said Court, held in the City
      Of Detroit, County of Wayne, State
      of Michigan on August 11, 2005.

      PRESENT: HON.   __PATRICK J. DUGGAN____
                             DISTRICT COURT JUDGE

     The Plaintiff, by and through her attorney, CHRISTOPHER J. TRAINOR, requests that this Court voluntarily dismiss this matter without prejudice, without costs, and without fees;

     **IT IS HEREBY ORDERED** that where Plaintiff filed this cause of action but did not serve it upon any party and now wishes to dismiss this matter without prejudice, this matter is hereby dismissed without prejudice, without costs, and without fees.

     THIS ORDER RESOLVES THE LAST PENDING CLAIM AND CLOSES THE CASE.

     IT IS SO ORDERED.

                                           s/PATRICK J. DUGGAN
                                     DISTRICT COURT JUDGE